# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GREGORY W. MARRA, III,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D22-2574
LT Case No. 2022-CF-737-A

Decision filed June 6, 2023

Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and MACIVER, JJ., concur.